## Case No. 16,420.

UNITED STATES v. SUNOL et al.

[Hoff. Land Cas. 74.] [1]

District Court, N. D. California. Dec. Term, 1855.

### MEXICAN LAND GRANTS.

No objection made by the district attorney to the confirmation of this claim.

[Claim of Antonio Suñol and others for the Rancho El Valle de San José, supposed to contain eleven leagues, in Alameda county; confirmed by the board, and appealed by the United States.]

S. W. Inge, U. S. Atty.

Crockett & Crittenden, for appellees.

HOFFMAN, District Judge. The validity of this claim was proved by the production of the original grant and of the expediente from the archives. The expediente also shows that the grant was registered in the secretary's office, and also, by order of the governor, in the office of the prefecture of the First district. Both the expediente and the grant produced by the claimant contain the certificate of registry, and of the approval of the grant by the departmental assembly. The evidence shows a substantial compliance with the conditions, and the boundaries and extent of the granted land are clearly indicated by the description in the grant and the delineations on the map. No objection to the confirmation of this claim having been made by the district attorney, we do not deem it necessary to recapitulate at length the preliminary proceedings before the governor, nor to refer particularly to the evidence by which its validity has been established.

A decree affirming the decision of the board must therefore be entered.

[See Case No. 16,419.]

## Case No. 16,421.

UNITED STATES v. SUNOL et al.

[Hoff. Land Cas. 110.] [1]

District Court, N. D. California. Dec. Term, 1855.

### MEXICAN LAND GRANTS.

[Indians had a right to receive grants of land under the Mexican laws.]

Claim [by Antonio Suñol] for a half-league of land in Santa Clara county; confirmed by the board, and appealed by the United States.

S. W. Inge, U. S. Atty.

Halleck, Peachy & Billings, for appellees.

[1] [Reported by Numa Hubert, Esq., and here reprinted by permission.]

HOFFMAN, District Judge. The claim in this case was unanimously confirmed by the late board of commissioners. It has been submitted to this court on the proofs taken before the board, and without argument on the part of the appellants, or the statement of any objection to its validity. On reference to the opinion of the board, we find but two questions discussed, and which, it is presumed, were the only points made on the part of the United States. The first relates to the location of the grant. The board, after an elaborate and thorough examination of the testimony, arrived at the conclusion that the calls in the grant and the delineation of the tract on the diseño are abundantly sufficient to enable a surveyor to locate the grant. On examining the transcript, this opinion of the board seems fully sustained by the proofs, and the doubts or difficulties felt by some of the witnesses as to the proper location of the land seems to have originated in a misconception of the true meaning of some of the calls in the grant. The grantee is shown to have occupied his land from a period anterior to his grant; to have lived there with his wife and children, and to have made considerable improvements. To the discussion of the second and more important question, whether Roberts, the original grantee, being an Indian, had a right to receive grants of land under the Mexican laws, and to convey the land so granted, the board devote a large portion of their opinion. But that question has been settled in the supreme court in accordance with the views expressed by the board, and is no longer open for argument in this court. The genuineness of the original documents is not questioned, and the title of the present claimant appears to have been regularly derived from the original grantee and his heirs, and to have been accompanied by possession.

A decree affirming the decision of the board must therefore be entered.

## Case No. 16,422.

UNITED STATES v. The SUNSWICK.

[See Case No. 13,624.]

## Case No. 16,423.

UNITED STATES v. SURRATT.

[The trial of Mrs. Mary E. Surratt and others for the murder of Abraham Lincoln, president of the United States, was by military commission sitting in Washington, D. C., in May, 1865. The trial of John H. Surratt was by the criminal court of the District of Columbia, in June, 1867.]

[As decisions by the military courts and the courts of the District of Columbia after their reorganization under the act of March 3, 1863 (12 Stat. 764), are not included in this series, the reader is referred to the pamphlet reports of these trials, which can be found at many of the larger libraries. The trial of Mrs. Mary E. Surratt and others is sometimes denominated the "Conspiracy Trials."]